UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TOKYO ELECTRON ARIZONA, INC.

                Plaintiff,

        v.

DISCREET INDUSTRIES CORPORATION,
OVADIA MERON, et. al.,

                Defendants.
----------------------------------------------------------X

**MEMORANDUM OF DECISION AND ORDER**
01-CV-3245 (DRH)

**Hurley, District Judge:**

On February 2, 2005, United States Magistrate Judge William D. Wall issued a Report and Recommendation with respect to defense trial counsel Carella, Byren, Bain, Gilfillan, Cecchi, Stewart & Olstein's motion to withdraw as counsel.

The Report advised the parties that any party must file objections within 10 days of service of the date of the report, and that failure to file objections would result in a waiver of the right to appeal the final order of this Court. *See* Fed. R. Civ. P. 72; 28 U.S.C. § 636(b)(1). More than 10 days have elapsed since the Report was served and to date, no objections have been entered.

The Court has reviewed the factual conclusions reached by Judge Wall and finds that they are supported in the record and not clearly erroneous. Accordingly, the Court adopts the February 2, 2005 Report and Recommendation in its entirety.

**SO ORDERED.**

Dated: Central Islip, N.Y.
       May 2, 2005

                                          _/s_____
                                          Denis R. Hurley,
                                          United States District Judge