**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

TOKYO ELECTRON ARIZONA, LLC,

                            Plaintiff,

                            **JUDGMENT FOR**
                            **ATTORNEY'S FEES**

       - against -

                            CV-01-3245 (DRH)

DISCREET INDUSTRIES
CORPORATION, and
OVADIA MERON,

                            Defendants.

-----------------------------------------------------------X

       An Memorandum of Decision and Order of Honorable Denis R. Hurley, having been filed on May 9, 2005, granting plaintiff's revised request for attorney's fees and directing that judgment be entered in favor of the plaintiff for reasonable attorney's fees in the amount of $1,516,624.52, it is

       **ORDERED AND ADJUDGED** that judgment is entered in favor of the plaintiff, Tokyo Electron Arizona, LLC and against the defendants, Discreet Industries Corporation and Ovadia Meron, in the sum of $1,516,624.52 for reasonable attorney's fees .

Dated: Central Islip, New York
         May 10, 2005

                                                     ROBERT C. HEINEMANN
                                                   CLERK OF THE COURT

                               By:    /s/ Lorraine Sapienza
                                             Deputy Clerk