# FOX HORAN & CAMERINI LLP

825 THIRD AVENUE
NEW YORK, NEW YORK 10022

ATTORNEYS AND COUNSELLORS
AT LAW

TELEPHONE: (212) 480-4800
TELECOPIERS: (212) 269-2383
(212) 709-0248

June 6, 2006

**Via First Class Mail**

The Honorable William D. Wall
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    Tokyo Electron Arizona LLC v. Discreet Industries Corp. at al.
              Civ. A. No. 01-3245 (DRH) (WDW)

Dear Judge Wall,

      We represent the defendants in the above action. We also represent Galit Meron, a non-party, who had been subpoenaed by plaintiff for a deposition in the post-judgment proceedings herein.

      On May 31, 2006, plaintiff filed a motion to have Galit Meron held in contempt for failure to appear pursuant to the subpoena. Since the filing of the motion, counsel have agreed that Mrs. Meron's deposition will proceed on June 15, 2006. Counsel have further agreed that Mrs. Meron's time to respond to the motion will be extended through June 16, 2006.

      We respectfully ask that Your Honor approve the extension of time for us to respond to the motion. It is our hope that the deposition will proceed as scheduled, on June 15, 2006, and the motion will thereby be rendered moot.

Respectfully submitted,

Oleg Rivkin

cc: David A. Zwally, Esq. (via fax)